# Exhibit A

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>  COUNTY, FLORIDA

<u>OCTAVIA BROWNLEE</u>
Plaintiff

Case # _____
Judge _____

vs.
<u>AMAZON.COM SERVICES INC.</u>
Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

- ☐  $8,000 or less
- ☐  $8,001 - $30,000
- ☒  $30,001- $50,000
- ☐  $50,001- $75,000
- ☐  $75,001 - $100,000
- ☐  over $100,000.00

### III.    TYPE OF CASE      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☒ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☒ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☒ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

  <u>3</u>

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Scott M Behren</u>          Fla. Bar # <u>987786</u>
          Attorney or party               (Bar # if attorney)

<u>Scott M Behren     </u>         <u>03/26/2021</u>
  (type or print name)          Date

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO.

OCTAVIA BROWNLEE

      Plaintiff,

vs.

AMAZON.COM SERVICES, INC.,
MARK HITCHENS and
DWAYNE THOMAS

      Defendant

_____/

## COMPLAINT FOR DAMAGES

Octavia Brownlee ("Brownlee") sues Defendant, Amazon.com Services, Inc. ("Amazon"), Mark Hitchens ("Hitchens") and Dwayne Thomas ("Thomas") and alleges as follows:

### Jurisdiction

1.      This is an action for damages which exceeds Fifteen Thousand ($30,000.00) Dollars, exclusive of attorney's fees and Court costs.

2.      Venue is proper in Broward County, Florida as Defendants reside and/or do business in Broward County, Florida.

### The Parties/Participants

3.      Plaintiff, is an individual residing in Broward County, Florida and is *sui juris*.

4.      Defendant, Amazon, is a corporation doing business in Broward County, Florida.

### General Allegations

5.      Plaintiff was an employee of Amazon since April 2016. During her

employment she was subjected to harassment and treated differently and less favorably than other employees.  Starting in 2016 Plaintiff was subjected to harassment based upon her sex and race and made several internal complaints.  On or around 2018, Plaintiff requested Sundays off as a religious accommodation and was told to bring in a letter from her Church.  Plaintiff complied and was still refused the religious accommodation.  Plaintiff applied also for other positions in the company and despite being qualified was rejected for these positions based upon her complaints of harassment.  These positions were given to other people who did not request off from work on Sundays.  Plaintiff complained about the discrimination on or about January 16, 2019.  Plaintiff was wrongfully written up based upon these complaints.  At all materials times hereto, Hitchens and Thomas were supervisors of Plaintiff.

6.      On or about January 30, 2019, his employment was terminated based upon his race, disability, religion and in retaliation for complaints of discrimination.

7.      Plaintiff dual-filed her Charges of Discrimination with the EEOC.  In her Charge, Plaintiff  alleged violations of the Florida Civil Rights Act.

## Punitive Damages (as to Amazon)

8.      Plaintiffs contends that Defendant's conduct as alleged herein was intended to cause injury to Plaintiff or was carried on by Defendant in willful disregard and conscious disregard of the rights of the Plaintiff.

9.      Alternatively, Plaintiff contends that Defendant's authorized and/or ratified the wrongful conduct for which punitive damages are sought herein, and was guilty of

oppression, fraud, and malice through the actions of its officers, directors and managing agents.

10.     On the basis of Defendant's oppression, fraud and malice toward Plaintiff, and for all conduct in violation of Florida Statute §760.10, Plaintiff is entitled to exemplary and punitive damages pursuant to the Florida Civil Rights Act of 1992.

11.     Plaintiff has hired the undersigned law firm and has agreed to pay it a reasonable fee for its services.

12.     All conditions precedent necessary to maintain this action have been performed, waived or excused.

**Count I - Violation of Florida Civil Rights Act (Fla. Stat. § 760.10)**
**(Race, Sex, Religion and Retaliation)**

Plaintiff reavers and realleges paragraphs 1 through 12 as if fully set forth herein and further alleges:

13.     Defendant unlawfully discriminated against Plaintiff in violation of Florida Statute § 760.10 (1) (a) due to her, race (black), religion (Christian), sex (female) and in retaliation for complaints of discrimination.

14.     Defendant unlawfully discriminated against Plaintiff in violation of Florida Statute § 760.10 (1)(a).  Defendant also retaliated against Plaintiff for her complaints of violations of the Florida Civil Rights Act by terminating her employment and refusing her promotions.

15.     As a direct and proximate result of the actions of Defendant, Plaintiff seeks

3

compensatory damages, including, but not limited to mental anguish and loss of dignity. Moreover, in accordance with Fla. Stat. § 760.11, Plaintiff seeks punitive damages, court costs and attorneys' fees.

WHEREFORE, Plaintiff demands judgment against Amazon for compensatory damages, interest, court costs, attorneys' fees in accordance with Fla. Stat. § 760.11, and for any and all other and further relief this Court deems just and proper under the circumstances

## Count II- Tortious Interference with Business Relationship (Against Hitchens)

Plaintiff reavers and realleges paragraphs 1 through 12 as if fully set forth herein and further alleges:

16.     Plaintiff had a business relationship with Amazon that was not evidenced by a written contract.

17.     Hitchens had knowledge of this agreement.

18.     Hitchens intentionally and unjustifiedly interfered with the agreement that Plaintiff had with Amazon.    Hitchen's actions were with ulterior motives and detrimental to the interests of Amazon.   Hitchens took actions against Plaintiff due to her gender or religion or race which were not in the interests of the employer and based upon his own personal interests.

19.     As a direct and proximate result of the actions of Hutchins Plaintiff has suffered damages.

WHEREFORE, Plaintiff demands judgment against Hutchins for damages, interest, court costs, and for any and all other and further relief this Court deems just and proper under the circumstances.

**Count III- Tortious Interference with Business Relationship (Against Thomas)**

Plaintiff  reavers and realleges paragraphs 1 through 12 as if fully set forth herein and further alleges:

20.    Plaintiff had a business relationship with Amazon that was not evidenced by a written contract.

21.    Thomas had knowledge of this agreement.

22.    Thomas intentionally and unjustifiedly interfered with the agreement that Plaintiff had with Amazon.    Thomas' actions were with ulterior motives and detrimental to the interests of Amazon.   Thomas took actions against Plaintiff due to her gender or religion or race which were not in the interests of the employer and based upon his own personal interests.

23.    As a direct and proximate result of the actions of Thomas Plaintiff has suffered damages.

WHEREFORE, Plaintiff demands judgment against Thomas for damages, interest, court costs, and for any and all other and further relief this Court deems just and proper under the circumstances.

## **Demand for Jury Trial**

Plaintiff demands trial by jury on all issues so triable.

          Behren Law Firm
          1930 N. Commerce Parkway
          Suite 4
          Weston, Florida 33326
          Telephone (954) 636-3802
          Facsimile (772) 252-3365
          scott@behrenlaw.com
          www.behrenlaw.com

          By:_/Scott M. Behren/_____
               Scott M. Behren
               Florida Bar No. 987786

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD  COUNTY, FLORIDA

CASE NO.

OCTAVIA BROWNLEE

     Plaintiff,

vs.

AMAZON.COM SERVICES, INC.,
MARK HITCHENS and
DWAYNE THOMAS

     Defendant
_____/

## CIVIL ACTION SUMMONS
(En Espanol)   (Francais)

THE STATE OF FLORIDA:

To Each Sheriff of the State:

     YOU ARE COMMANDED to serve this Summons and a copy of the Complaint of this lawsuit on Defendant,

**AMAZON.COM SERVICES, INC.**
**By Serving Its Registered Agent**
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

     A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

     If you chose to file a written response yourself, at the same time you file your written response to the Court, located at:

Broward County Courthouse
Clerk of the Court
201 S.E. Sixth Street
Fort Lauderdale, Florida 33301

you must also mail or take a copy of your written responses to the "Plaintiff/Plaintiff's Attorney" named below.

WITNESS my hand and the seal of this Court on this ___ day of _____ 2021.

MAR 29 2021

BRENDA D. FORMAN
As Clerk of the Court

By:_____
As Deputy Clerk

BRENDA D. FORMAN

Plaintiffs' Attorney:
Scott M. Behren, Esq.
Behren Law Firm
1930 N. Commerce Parkway
Suite 4
Weston, Florida 33326
Telephone: (954) 636-3802
scott@behrenlaw.com

2

Usted ha sido demandado legalmente. Tiene viente (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Attorney's for Plaintiff."  (Demandante o Abogado de Demandante).

---

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des partis nommes ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, san aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assitance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou experdier une copie au carbone ou une photocopie de votre response ecrite a "Attorneys for Plaintiff" (Plaignant ou a son avocat nomme ci-dessous.)

3

### IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
### IN AND FOR BROWARD COUNTY,FLORIDA

Case Number: CACE 21·63063

Octavia Brownlee

**Plaintiff**

Judge Division: 05

**vs.**

Amazon.com Services Inc et al

**Defendant**

## CLERK'S CERTIFICATE OF COMPLIANCE

I hereby certify that pursuant to Administrative Order, No. 2020-73-Civ/
2020-74-UFC:

**"ADMINISTRATIVE ORDER DIRECTING CLERK OF COURTS WITH REGARD TO DISMISSED
CIVIL OR FAMILY CASES",**

**The Clerk has conducted a search for all previous existing civil cases related to these two
parties.**

**Listed below are all the aforementioned related cases:** None

**BRENDA D. FORMAN,**
**Circuit and County Courts**





By: KB

**Deputy Clerk**

## RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of BROWARD** | **CIRCUIT Court** |

Case Number: CACE-21-000303 (DIV. 05)

Plaintiffs:
**OCTAVIA BROWNLEE**

vs.

Defendant:
**AMAZON.COM SERVICES, INC., MARK HITCHENS AND DWAYNE THOMAS**

For:
SCOTT M. BEHREN
BEHREN LAW FIRM
1930 N. COMMERCE PARKWAY
SUITE 4
WESTON, FL 33326

Received by NOLAN PROCESS SERVERS, LLC on the 29th day of March, 2021 at 3:26 pm to be served on **AMAZON.COM SERVICES, INC. C/O CORPORATION SERVICE COMPANY, AS REG. AGENT, 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, MICHAEL C. NOLAN, do hereby affirm that on the **30th day of March, 2021** at **8:15 am, I:**

**CORPORATE:** served by delivering a true copy of the **CIVIL ACTION SUMMONS; COMPLAINT FOR DAMAGES** with the date and hour of service endorsed thereon by me, to: **KANEISHA GROSS** as **AUTHORIZED REPRESENTATIVE** for the Registered Agent of AMAZON.COM SERVICES, INC. C/O CORPORATION SERVICE COMPANY, AS REG. AGENT at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30+, Sex: F, Race/Skin Color: BLACK, Height: 5'6, Weight: 200, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

**MICHAEL C. NOLAN**
Certified Process Server, #111

**NOLAN PROCESS SERVERS, LLC**
**7498 Anglewood Lane**
**Tallahassee, FL 32309**
**(850) 562-6058**

Our Job Serial Number: MCN-2021004059

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1c

Case Number: CACE-21-000363 Division: 05

Filing # 123876369 E-Filed 03/26/2021 05:46:43 PM

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO. 21-000363

CACE 05

OCTAVIA BROWNLEE

    Plaintiff,

vs.

AMAZON.COM SERVICES, INC.,
MARK HITCHENS and
DWAYNE THOMAS

Date: 3/30/21    Time: 8:15a

MCN #111
is a certified process server in the
Circuit and County Courts in and for the
Second Judicial Circuit

    Defendant

_____/

### CIVIL ACTION SUMMONS
(En Espanol)  (Francais)

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this Summons and a copy of the Complaint of this lawsuit on Defendant,

**AMAZON.COM SERVICES, INC.**
**By Serving Its Registered Agent**
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

    If you chose to file a written response yourself, at the same time you file your written response to the Court, located at:

NOLAN PROCESS SERVERS, LLC
7498 Anglewood Lane
Tallahassee, FL 32309
Phone: (850) 562-6058
Fax: (850) 562-9552
E.I.N. 30-0409761

**INVOICE**

Invoice #MCN-2021004059
3/30/2021

SCOTT M. BEHREN
BEHREN LAW FIRM
1930 N. COMMERCE PARKWAY
SUITE 4
WESTON, FL 33326

**Case Number: BROWARD CACE-21-000303 (DIV. 05)**

Plaintiffs:
**OCTAVIA BROWNLEE**

Defendant:
**AMAZON.COM SERVICES, INC., MARK HITCHENS AND DWAYNE THOMAS**

Received: 3/29/2021    Served: 3/30/2021 8:15 am  CORPORATE
To be served on: AMAZON.COM SERVICES, INC. C/O CORPORATION SERVICE COMPANY, AS REG. AGENT

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $25.00 |

**BALANCE DUE:** **$25.00**

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

OCTAVIA BROWNLEE,

               Plaintiff,

v.

AMAZON.COM SERVICES, INC., MARK
HITCHENS and DWAYNE THOMAS

           Defendants.

CASE NO. CACE-21-006363

DIVISION: 05

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES

Dalisi O. Carrasco of the law firm of Morgan, Lewis & Bockius LLP hereby enters her appearance in this case as counsel for Defendants Amazon.com Services, Inc., Mark Hitchens, and Dwayne Thomas and requests that all papers filed with the Court in the above-captioned matter be served upon her at the address below.

Pursuant to Florida Rule of General Practice and Judicial Administration 2.516, undersigned counsel hereby designates the following primary and secondary email addresses for email service in the above-referenced action:

| | | |
|---|---|---|
| Dalisi O. Carrasco | Primary Email | dalisi.carrasco@morganlewis.com |
| Elias Lopez | Secondary Email | elias.lopez@morganlewis.com |

Dated: April 19, 2021.

By: */s/ Dalisi O. Carrasco*
Dalisi O. Carrasco
 Florida Bar No. 123634
 dalisi.carrasco@morganlewis.com
Morgan, Lewis & Bockius LLP
600 Brickell Avenue
Suite 1600
Miami, FL 33131
Telephone: 305.415.3391
Facsimile: 877.432.3001

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 19, 2021, the foregoing was filed using the Florida

Courts E-Portal which in turn will serve a copy by email pursuant to Fla. R. Jud. Admin. 2.516

on:

Scott M. Behren
Florida Bar No.: 987786
scott@behrenlaw.com
Behren Law Firm
1930 N. Commerce Parkway
Suite 4
Weston, FL 33326
Telephone: 954.636.3802
Facsimile: 772.252.3365

*Counsel for Plaintiff*

*/s/ Dalisi O. Carrasco*
Dalisi O. Carrasco

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

OCTAVIA BROWNLEE,

                Plaintiff,

v.

AMAZON.COM SERVICES, INC., MARK
HITCHENS and DWAYNE THOMAS

                Defendant.

CASE NO. CACE-21-006363

DIVISION: 05

## **NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES**

Kimberley E. Lunetta of the law firm of Morgan, Lewis & Bockius LLP hereby enters her appearance in this case as counsel for Defendants Amazon.com Services, Inc., Mark Hitchens, and Dwayne Thomas and requests that all papers filed with the Court in the above-captioned matter be served upon her at the address below.

Pursuant to Florida Rule of General Practice and Judicial Administration 2.516, undersigned counsel hereby designates the following primary and secondary email addresses for email service in the above-referenced action:

Kimberley E. Lunetta

Primary Email        kimberley.lunetta@morganlewis.com

Yolanda Rosado-Carrasquillo

Secondary Email     yolanda.rosado-carrasquillo@morganlewis.com

Dated: April 19, 2021.                    By: */s/ Kimberley E. Lunetta*
                                          Kimberley E. Lunetta
                                           Florida Bar No.: 1026812
                                           kimberley.lunetta@morganlewis.com
                                          Morgan, Lewis & Bockius LLP
                                          600 Brickell Avenue
                                          Suite 1600
                                          Miami, FL 33131
                                          Telephone: 305.415.3391
                                          Facsimile: 877.432.3001

                                          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 19, 2021, the foregoing was filed using the Florida

Courts E-Portal which in turn will serve a copy by email pursuant to Fla. R. Jud. Admin. 2.516

on:

    Scott M. Behren
    Florida Bar No.: 987786
    scott@behrenlaw.com
    Behren Law Firm
    1930 N. Commerce Parkway
    Suite 4
    Weston, FL 33326
    Telephone: 954.636.3802
    Facsimile: 772.252.3365

*Counsel for Plaintiff*

                                          */s/ Kimberley E. Lunetta*
                                          Kimberley E. Lunetta